UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

MALIBU MEDIA, LLC,

                Plaintiff,                            Civil Action File No.
                                                          15-cv-1891-PKC

   -against-

JOHN DOE subscriber assigned IP address
24.104.244.44,

                Defendant.

-----------------------------------------------------------x   **NOTICE OF APPEARANCE**

        PLEASE TAKE NOTICE that the undersigned appears for defendant.

Dated: Forest Hills, New York
       June 9, 2015

                                                **RAY BECKERMAN, P.C.**

                                                By: _____
                                                Ray Beckerman
                                                Attorneys for Defendant
                                                108-18 Queens Blvd. 4th Fl.
                                                Forest Hills NY 11375
                                                (718) 544-3434
                                                ray@beckermanlegal.com